IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 1:00 CR 023 |
| | ) | |
| THEOTIS HASAN | ) | |

## ORDER

Before the Court is Defendant's "Motion to Terminate Supervised Release" pursuant to U.S.C. § 3583 (e)(1). Hasan began his term of supervised release on May 29, 2014. He has completed one year and eleven months of his five-year term of supervised release with no violations. The United States Probation Office notes that it is the general practice of the probation office to review the case of all eligible offenders for early termination once they have served at least two-thirds of their supervised release term. Hasan's probation officer opposes the motion, as his case would not ordinarily be reviewed for an early termination recommendation until February, 2018.

Upon due consideration, the Court cannot find any reason to warrant treating Hasan any differently than it does other similarly situated offenders. **IT IS THEREFORE ORDERED** that Hasan's motion (doc. no. 215) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE