PROB 35
(Rev. 5/01)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 JUL 25 A 10: 10

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Theotis Hasan, aka "Scoop" | Crim. No.   1:00CR00023-1 |

On May 29, 2014, the above named offender was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Tony Graham
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _____25th_____ day of July, 2017.

_____
Honorable Dudley H. Bowen, Jr.
United States District Judge